United States District Court
Southern District of Texas
**ENTERED**
June 15, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-16-024 |
| | § | |
| ERIC GILLEN, | § | |
| Defendant. | § | |

# ORDER

On April 29, 2016, the United States Magistrate Judge filed a Report and Recommendation [Doc. No. 7] recommending that this Court grant a summary judgment against Defendant Eric Gillen. No objections have been lodged by either side and the time for doing so has expired.

Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, it is ordered that the motion for summary judgment filed by the United States is granted [Doc. No. 6]. A final judgment will be entered to that effect in a separate document.

Signed this 15th day of June, 2016.

Andrew S. Hanen
United States District Judge